IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-501-RJC-DCK

| FS MEDICAL SUPPLIES, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TANNER PHARMA UK LIMITED, and TANNERGAP, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Lex M. Erwin, concerning Austin Thomas Jackson, on November 9, 2021. Austin Thomas Jackson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Austin Thomas Jackson is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 9, 2021

David C. Keesler
United States Magistrate Judge