# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-501-RJC-DCK

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TANNER PHARMA UK LIMITED, AND TANNERGAP, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Lex M. Erwin, concerning Cody Austin Brittain, on November 9, 2021. Cody Austin Brittain seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Cody Austin Brittain is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: November 9, 2021

David C. Keesler
United States Magistrate Judge