IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:21-cv-00501-RJC-DCK

FS Medical Supplies, LLC )
)
        Plaintiff(s), )
v. )
)
TannerGAP, Inc. and Tanner Pharma UK Limited )
)
        Defendant(s). )

### DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

__TannerGAP, Inc.__ who is __Defendant__
(Name of Party)         (Plaintiff / moving party or defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

2. Does the party have any parent corporations?
   ☑ Yes    ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Tanner Pharma Group, Inc.

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
☐ Yes    ☑ No

If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
☐ Yes    ☑ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:


s/ **Bradley R. Kutrow**                 12/6/2021
Signature of Attorney                    Date