# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-501-RJC-DCK

| | |
|---|---|
| **FS MEDICAL SUPPLIES, LLC,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **TANNERGAP, INC., and TANNER PHARMA UK LIMITED,** | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Extend Time To Complete Jurisdictional Discovery" (Document No. 26) filed June 2, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

Although the Court previously advised the parties that "[f]urther extensions of these deadlines will not be allowed" (Document No. 23), the undersigned is persuaded to allow the parties one final extension.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Extend Time To Complete Jurisdictional Discovery" (Document No. 26) is **GRANTED**. The parties shall have up to and including **July 29, 2022** to conduct jurisdictional discovery. This matter will continue to be **STAYED** as to other briefing or motions practice unrelated to discovery.

**IT IS FURTHER ORDERED** that Plaintiff shall have up to and including **August 5, 2022** to file an Amended Complaint or notice of intent not to amend. Defendants shall then file an

Answer, a renewed motion to dismiss, or otherwise respond to the Complaint or Amended Complaint on or before **August 19, 2022**.

**SO ORDERED**.

Signed: June 8, 2022

David C. Keesler
United States Magistrate Judge