IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-501-RJC-DCK

| FS MEDICAL SUPPLIES, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TANNERGAP, INC., and TANNER PHARMA UK LIMITED, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) filed by David A. Luzum, concerning Carmela T. Romeo, on July 20, 2022. Carmela T. Romeo seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 29) is **GRANTED**. Carmela T. Romeo is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 20, 2022

David C. Keesler
United States Magistrate Judge