IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-501-RJC-DCK

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TANNERGAP, INC., and TANNER PHARMA UK LIMITED, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) filed by David A. Luzum, concerning Kent A. Yalowitz, on July 20, 2022. Kent A. Yalowitz seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 30) is **GRANTED**. Kent A. Yalowitz is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 20, 2022

David C. Keesler
United States Magistrate Judge