IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00501-RJC-WCM

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| TANNERGAP, INC. and ) | |
| TANNER PHARMA UK LIMITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 158) filed by Michael J. Morris. The Motion indicates that Mr. Morris, a member in good standing of the Bar of this Court, is local counsel for non-parties Aprio, LLP and Jonathan Bly and that he seeks the admission of Steven J. Rosenwasser, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 158) and **ADMITS** Steven J. Rosenwasser to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 11, 2024

W. Carleton Metcalf
United States Magistrate Judge