IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>TANNERGAP, INC., TANNER PHARMA UK LIMITED, et al.<br><br>**Defendants.** | **Civil Action Nos.**<br>**3:21-CV-00501-RJC-WCM**<br>**3:23-CV-00598-RJC-WCM** |

## JOINT STIPULATED REQUEST FOR ENTRY OF ADDENDUM TO STIPULATED PROTECTIVE ORDER

All parties to the above-captioned action hereby enter into this joint stipulation regarding the production of documents.

1. The Stipulated Protective Order entered on April 14, 2022 in the above-captioned action (ECF No. 25 in 3:21-cv-00501) provides for the designation and handling of confidential discovery materials. A substantially identical Stipulated Protective Order was entered in the related action *FS Medical Supplies, LLC v. Tanner Pharma UK Limited et al*, 3:23-cv-00598-RJC-WCM) on February 12, 2024 ("Tanner II"). *See* Tanner II, ECF No. 71.

2. To facilitate the production of documents by non-parties, the Parties have agreed to permit non-parties to designate certain discovery materials as Highly Protected Material (*i.e.*, "CONFIDENTIAL—ATTORNEYS' EYES ONLY").

3. The designation of information as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" may be used by a non-party that determines in good faith that discovery material is of such a private, sensitive, competitive or proprietary nature that disclosure to the Parties themselves is

1

highly likely to cause significant harm to the business or competitive position of the producing non-party's business.

4. The addendum provides that:

- material designated as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" shall not be disclosed under Paragraph 8.b.ii of the Stipulated Protective Order (which otherwise would permit disclosure to the Parties themselves, corporate officers, in-house counsel, and key employees of the Parties who have responsibility for directing or assisting litigation counsel in connection with this action);

- disclosure of material designated as "CONFIDENTIAL–ATTORNEYS' EYES ONLY" may only be disclosed to persons identified in the Stipulated Protective Order in paragraphs 8.b(i), 8.b(iii), 8.b(iv), 8.b(v), 8.b(vi), 8.b(vii), 8.b(viii), and 9.

- any disclosure of material designated as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" under Paragraph 8.b(iv). (pertaining to deposition and trial witnesses) shall be limited to expert witnesses or any employee, agent, or testifying representative of the Producing Party; and

- Any Party that uses material designated as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" with expert witnesses at deposition or trial shall be responsible for designating such testimony on the record and in transcripts and videotapes as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" pursuant to Paragraph 7.c. of the Stipulated Protective Order.

- The addendum to the Stipulated Protective Order entered in this case shall apply to the stipulated protective order entered in Tanner II.

5. The Parties respectfully request that the Court enter the attached Addendum to Stipulated Protective Order.

Respectfully submitted this 23rd day of August, 2024.

/s/ Lex M. Erwin
Lex M. Erwin
N.C. State Bar No. 34619
David A. Luzum
N.C. State Bar No. 41398
Kevin Y. Zhao
N.C. State Bar No. 53680
MAYNARD NEXSEN PC
227 W. Trade Street, Suite 2300

Charlotte, NC 28202
Telephone: (704) 339-0304
lerwin@maynardnexsen.com
dluzum@maynardnexsen.com
kzhao@maynardnexsen.com

/s/ Kent A. Yalowitz
Kent A. Yalowitz (admitted pro hac vice)
N.Y. State Bar No. 2188944
Carmela T. Romeo (admitted pro hac vice)
N.Y. State Bar No. 5058151
ARNOLD & PORTER KAYE SCHOLER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000
kent.yalowitz@arnoldporter.com
carmela.romeo@arnoldporter.com

Eliseo R. Puig (admitted pro hac vice)
Colorado State Bar No. 49022
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th St., Suite 3100,
Denver, CO 80202
Telephone: (303) 863-1000
eliseo.puig@arnoldporter.com

*Attorneys for Plaintiff*

/s/ Bradley R. Kutrow
Bradley R. Kutrow
N.C. State Bar No. 13851
Brian A. Kahn
N.C. State Bar No. 29291
Anita M. Foss
N.C. State Bar No. 47743
Jessica L. O'Brien
N.C. State Bar No. 56679
Kelly A. Walrich
N.C. State Bar No. 51053
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2049
Facsimile: (704) 343-2300
bkutrow@mcguirewoods.com
bkahn@mcguirewoods.com

3

afoss@mcguirewoods.com  
jobrien@mcguirewoods.com  
kwarlich@mcguirewoods.com  

Mark E. Anderson  
N.C. State Bar No. 15764  
501 Fayetteville Street, Suite 500  
Raleigh, NC 27601  
Telephone: (919) 755-6678  
Facsimile: (919) 755-6699  
manderson@mcguirewoods.com  

Anne Doherty  
N.C. State Bar No. 55494  
Gateway Plaza  
800 East Canal Street  
Richmond, VA 23219  
Telephone: (804) 755-7633  
Facsimile: (804) 775-1061  
adoherty@mcguirewoods.com  

*Attorneys for Defendants TannerGAP, Inc. and Tanner Pharma UK Limited*

/s/ Amanda P. Nitto  
Robert W. Fuller  
N.C. Bar No. 10887  
Amanda P. Nitto  
N.C. Bar No. 45158  
Emma W. Perry  
N.C. Bar No. 58848  
Anna Claire Tucker  
N.C. Bar No. 59457  

ROBINSON, BRADSHAW & HINSON, P.A.  
101 N. Tryon St., Ste. 1900  
Charlotte, North Carolina 28246  
Telephone: (704) 377.2536  
Facsimile: (704) 378.4000  
rfuller@robinsonbradshaw.com  
anitto@robinsonbradshaw.com  
eperry@robinsonbradshaw.com  
atucker@robinsonbradshaw.com  

*Counsel for Defendants Raymond Fairbanks Bourne and Mary Everett Whitehurst Bourne*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>                                         **Plaintiff,**<br>v.<br><br>**TANNERGAP, INC., TANNER PHARMA UK LIMITED, et al.**<br><br>                                         **Defendants.** | **Civil Action Nos.**<br>**3:21-CV-00501-RJC-WCM**<br>**3:23-CV-00598-RJC-WCM** |

## ADDENDUM TO PROTECTIVE ORDER

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Joint Stipulation For Entry Of Addendum to Protective Order" (Document No. ___) filed August __, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion. Plaintiff FS Medical Supplies, LLC ("Plaintiff") and Defendants TannerGAP, Inc. ("GAP") and Tanner Pharma UK Limited ("Tanner UK") (collectively "Parties") anticipate non-parties may produce information that such non-parties determine in good faith are of such a private, sensitive, competitive or proprietary nature that disclosure to the Parties themselves, corporate officers, in-house counsel, and other employees of the Parties is highly likely to cause significant harm to the business or competitive position of the producing non-party's business and request that the Court enter this Order setting forth the conditions for treating, obtaining, and using such information. Under Rule 26(c) of the Federal Rules of Civil Procedure, the Court finds good cause for the following Stipulated Addendum to Protective Order.

      1.      A non-party that determines in good faith that information produced by it in

1

connection with discovery in this case is of such a private, sensitive, competitive or proprietary nature that disclosure to the Parties themselves, corporate officers, in-house counsel, and other employees of the Parties is highly likely to cause significant harm to the business or competitive position of the producing non-party's business may designate such information as "Highly Protected Material."

2. The following provisions are added to the Stipulated Protective Order:

3. A new paragraph 2.g is added as follows:

"Highly Protected Material" means any Protected Material that is designated as "CONFIDENTIAL—ATTORNEYS' EYES ONLY," as provided for in this order, as well as any information copied or extracted therefrom, as well as all copies, excerpts, summaries, or compilations thereof, plus testimony, conversations, or presentations by the Parties or their counsel in Court or in any other setting that might reveal such information.

4. A new paragraph 7.d is adding as follows:

Any non-party may designate Protected Material as Highly Protected Material with a "CONFIDENTIAL—ATTORNEYS' EYES ONLY" designation, provided that it meets the requirements for such designation as provided for herein. Written discovery, documents (which include "electronically stored information," as that phrase is used in Federal Rule of Procedure 34), and tangible things that meet the requirements for the confidentiality designations listed in Paragraph 8(b) may be so designated by placing the designation "CONFIDENTIAL—ATTORNEYS' EYES ONLY" on every page of the written material for which such designation is

appropriate prior to production. Any Party that uses material designated as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" with expert witnesses, at deposition, or at trial shall be responsible for designating such testimony on the record and in transcripts and videotapes as "CONFIDENTIAL—ATTORNEYS' EYES ONLY."

5. A new paragraph 8.c is added as follows:

Any non-party may designate Protected Material as Highly Protected Material (*i.e.*, "CONFIDENTIAL—ATTORNEYS' EYES ONLY") if it confidential, nonpublic, proprietary, commercially sensitive, and/or private information of an individual or entity of such a private, sensitive, competitive or proprietary nature that disclosure to the Parties themselves, corporate officers, in-house counsel, and other employees of the Parties is highly likely to cause significant harm to the business or competitive position of the producing non-party's business. Unless otherwise ordered by the Court, Highly Protected Material (*i.e.,* "CONFIDENTIAL—ATTORNEYS' EYES ONLY") may be disclosed only to the persons identified in Paragraph 8.b(i), 8.b(iii), 8.b(iv), 8.b(v), 8.b(vi) (but only if the testimony of such persons is being offered by a Party as expert witness testimony under Federal Rule of Evidence 702 or testimony of any employee, agent, or testifying representative of the Producing Party), 8.b(vii), 8.b(viii), and 9. For the avoidance of doubt, in addition to the restrictions set forth in this Paragraph 8.c, Highly Protected Material shall be treated with all the protections and restrictions required by the Stipulated Protective Order for the treatment of

Protected Material (*i.e.*, "CONFIDENTIAL"). By way of example, and not by way of limitation, any Party who seeks to file Highly Protected Material must comply with Paragraphs 11, 12, 13, 15, 16, 17, and 18.

6.    The designation of Discovery Material as Protected Material or Highly Protected Material shall not be a submission to the jurisdiction of the Court except for the limited purpose of enforcing or complying with the Stipulated Protective Order. Any non-party's objection to personal jurisdiction in this or any other Court is preserved and shall not be waived or forfeited by the designation of Discovery Material as Protected Material or Highly Protected Material, nor by the non-party's enforcement or compliance with the terms of the Stipulated Protective Order.

7.    This addendum shall apply to the Stipulated Protective Order entered in *FS Medical Supplies, LLC v. Tanner Pharma UK Limited et al*, 3:23-cv-00598-RJC-WCM) on February 12, 2024 ("Tanner II"). *See* Tanner II, ECF No. 71.

**SO ORDERED**

_____
The Honorable W. Carlton Metcalf
United States Magistrate Judge


**WE SO STIPULATE THIS 23rd day of August, 2024**

*/s/ Lex M. Erwin*
Lex M. Erwin
N.C. State Bar No. 34619
David A. Luzum
N.C. State Bar No. 41398
Kevin Y. Zhao
N.C. State Bar No. 53680
MAYNARD NEXSEN PC
227 W. Trade Street, Suite 1550
Charlotte, NC 28202
Telephone: (704) 339-0304

4

lerwin@maynardnexsen.com
dluzum@maynardnexsen.com
kzhao@maynardnexsen.com

/s/ Kent A. Yalowitz
Kent A. Yalowitz (admitted pro hac vice)
N.Y. State Bar No. 2188944
Carmela T. Romeo (admitted pro hac vice)
N.Y. State Bar No. 5058151
ARNOLD & PORTER KAYE SCHOLER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000
kent.yalowitz@arnoldporter.com
carmela.romeo@arnoldporter.com

Eliseo R. Puig (admitted pro hac vice)
Colorado State Bar No. 49022
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th St., Suite 3100,
Denver, CO 80202
Telephone: (303) 863-1000
eliseo.puig@arnoldporter.com

*Attorneys for Plaintiff*

/s/ Bradley R. Kutrow
Bradley R. Kutrow
N.C. State Bar No. 13851
Brian A. Kahn
N.C. State Bar No. 29291
Anita M. Foss
N.C. State Bar No. 47743
Jessica L. O'Brien
N.C. State Bar No. 56679
Kelly A. Walrich
N.C. State Bar No. 51053
MCGUIREWOODS LLP
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2049
Facsimile: (704) 343-2300
bkutrow@mcguirewoods.com
bkahn@mcguirewoods.com
afoss@mcguirewoods.com

5

jobrien@mcguirewoods.com
kwarlich@mcguirewoods.com

Mark E. Anderson
N.C. State Bar No. 15764
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755-6678
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

Anne Doherty
N.C. State Bar No. 55494
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 755-7633
Facsimile: (804) 775-1061
adoherty@mcguirewoods.com

*Attorneys for Defendants TannerGAP, Inc. and Tanner Pharma UK Limited*

/s/ Amanda P. Nitto
Robert W. Fuller
N.C. Bar No. 10887
Amanda P. Nitto
N.C. Bar No. 45158
Emma W. Perry
N.C. Bar No. 58848
Anna Claire Tucker
N.C. Bar No. 59457

ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: (704) 377.2536
Facsimile: (704) 378.4000
rfuller@robinsonbradshaw.com
anitto@robinsonbradshaw.com
eperry@robinsonbradshaw.com
atucker@robinsonbradshaw.com

*Counsel for Defendants Raymond Fairbanks Bourne and Mary Everett Whitehurst Bourne*

6