EXHIBIT 8

| | |
|---|---|
| **From:** | Lorena Mora <LMora@tannerpharma.com> |
| **Sent:** | Thursday, October 8, 2020 9:42 AM |
| **To:** | Gaby Martinez <GMartinez@tannerpharma.com>; Jonathan Bracey <jbracey@tannerpharma.com>; Maryori Alvarenga <malvarenga@tannerpharma.com>; Catherine Williams <cwilliams@tannerpharma.com>; Rilee Humphries <rhumphries@tannerpharma.com> |
| **Subject:** | RE: GMS Sale & Opportunities call |

Thank you Jb! Good luck ☺

Sincerely,

Lorena,
**Lorena Mora | Sales & Business Development Manager**
1808-A Associates Lane | Charlotte, NC 28217
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 704.552.8408 x 238
Skype: lmora.1
lmora@tannerpharma.com
www.tannerpharma.com



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice. If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

---

**From:** Gaby Martinez <GMartinez@tannerpharma.com>
**Sent:** Thursday, October 8, 2020 9:16 AM
**To:** Jonathan Bracey <jbracey@tannerpharma.com>; Maryori Alvarenga <malvarenga@tannerpharma.com>; Lorena Mora <LMora@tannerpharma.com>; Catherine Williams <cwilliams@tannerpharma.com>; Rilee Humphries <rhumphries@tannerpharma.com>
**Subject:** RE: GMS Sale & Opportunities call

Good luck!

Sincerely,

**Gaby Bedoya | Business Development Manager**
1808-A Associates Lane | Charlotte, NC 28217 | US
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 704.552.8408 x 230
Skype: gmartinez.1
gmartinez@tannerpharma.com
www.tannerpharma.com



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice. If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Sent:** Thursday, October 8, 2020 9:15 AM
**To:** Maryori Alvarenga <malvarenga@tannerpharma.com>; Lorena Mora <LMora@tannerpharma.com>; Gaby Martinez <GMartinez@tannerpharma.com>; Catherine Williams <cwilliams@tannerpharma.com>; Rilee Humphries <rhumphries@tannerpharma.com>
**Subject:** RE: GMS Sale & Opportunities call

Hi ladies – I need to jump on a call with Steve re the UK Gov/Orient Gene project. Trying to finalise the 'next' PO…..big numbers…!!!! Will catch you on the GMS-side tomorrow….apologies….but am sure you understand

JB

Jonathan Bracey
EVP Corporate Development
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com

CONFIDENTIAL                                                            TannerGAP00018554



-----Original Appointment-----
**From:** Jonathan Bracey
**Sent:** 03 July 2020 13:28
**To:** Jonathan Bracey; Maryori Alvarenga (malvarenga@tannerpharma.com); Lorena Mora; Gaby Martinez; Catherine Williams; Rilee Humphries
**Cc:** Jonathan Bracey; Steve Scalia
**Subject:** GMS Sale & Opportunities call
**When:** 08 October 2020 14:30-15:00 (UTC+00:00) Dublin, Edinburgh, Lisbon, London.
**Where:** Microsoft Teams Meeting

## Join Microsoft Teams Meeting

+44 20 3321 5283   United Kingdom, London (Toll)

Conference ID: 792 843 874#

Local numbers | Reset PIN | Learn more about Teams | Meeting options

CONFIDENTIAL

TannerGAP00018555