EXHIBIT 11

| | |
|---|---|
| **From:** | Laird Q. Cagan |
| **To:** | Austin Jackson |
| **Cc:** | Mark Figueiredo; Jim M |
| **Subject:** | Fwd: UK Gov Rapid Tests and Phase 3b |
| **Date:** | Saturday, March 6, 2021 1:59:20 PM |
| **Attachments:** | PastedGraphic-3.png |

Begin forwarded message:

**From:** Steve Scalia <SScalia@tannerpharma.com>
**Subject: Re: UK Gov Rapid Tests and Phase 3b**
**Date:** February 18, 2021 at 3:54:26 AM CST
**To:** Laird Cagan <laird@fsmedicalsupplies.com>
**Cc:** JM <ttkl2008@foxmail.com>, Jonathan Bracey <jbracey@tannerpharma.com>

Ok good. And I meant "HSBC" above.

Steve

**From:** Laird Cagan <laird@fsmedicalsupplies.com>
**Sent:** Wednesday, February 17, 2021 9:31:16 PM
**To:** Steve Scalia <SScalia@tannerpharma.com>
**Cc:** JM <ttkl2008@foxmail.com>; Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** Re: UK Gov Rapid Tests and Phase 3b

Steve,

It is showing as pending in our bank.

Thanks,

Laird



Laird Cagan
CEO
FS Medical Supplies, LLC
20400 Stevens Creek Blvd., Suite 700
Cupertino, CA 95014
(650) 823-5559 – cell
Laird@FSMedicalSupplies.com

On Feb 17, 2021, at 10:54 AM, Steve Scalia <SScalia@tannerpharma.com> wrote:

Hi Laird & Jim, The wire was raised/approved/sent from DHSC to your bank over 6.5 hours ago. It should be with your bank by now. Confirm when you have a moment. Thx, Steve

**From:** Steve Scalia
**Sent:** Wednesday, February 17, 2021 7:53 AM
**To:** Laird Cagan <laird@fsmedicalsupplies.com>
**Cc:** JM <ttkl2008@foxmail.com>; Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** RE: UK Gov Rapid Tests and Phase 3b

Should be going out today. I'll confirm when it has left our bank. Thanks.

**From:** Laird Cagan <laird@fsmedicalsupplies.com>
**Sent:** Tuesday, February 16, 2021 7:02 PM
**To:** Steve Scalia <SScalia@tannerpharma.com>
**Cc:** JM <ttkl2008@foxmail.com>; Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** Re: UK Gov Rapid Tests and Phase 3b

Steve,
Please confirm you received the email below with our invoice and the me know when to look for your wire.
Thanks,
Laird
<image001.png>
Laird Cagan
CEO
FS Medical Supplies, LLC
20400 Stevens Creek Blvd., Suite 700
Cupertino, CA 95014
(650) 823-5559 – cell
Laird@FSMedicalSupplies.com

On Feb 11, 2021, at 7:33 PM, Laird Cagan <laird@fsmedicalsupplies.com> wrote:
Steve,
Thanks for your reconciliation.
I've attached our invoice which includes our wire instructions.
Regards,
Laird

<Invoice Tanner Pharma UK Ltd.-002 (2nd and 3rd Tenders Ag Tests, 50% GP) 2-11-21.pdf>
<PastedGraphic-3.png>

*Laird Cagan*
*CEO*
*FS Medical Supplies, LLC*
*20400 Stevens Creek Blvd., Suite 700*
*Cupertino, CA 95014*
*(650) 823-5559 – cell*
*Laird@FSMedicalSupplies.com*

Begin forwarded message:
**From:** Steve Scalia <SScalia@tannerpharma.com>
**Subject: RE: UK Gov Rapid Tests and Phase 3b**
**Date:** February 11, 2021 at 10:33:15 AM HST
**To:** "Laird Q. Cagan" <laird@cmcp.com>
**Cc:** JM <ttkl2008@foxmail.com>, Jonathan Bracey <jbracey@tannerpharma.com>

Hi Laird & Jim,
Attached you will find 34 documents:
- Three (3) reconciliation spreadsheets, one for each of three Contracts with the UK-DHSC
  - Contract #1 was already completed, reconciled and paid to FSMS in November
  - Contract #2 was for 37.5M pieces invoiced and delivered October through January
  - Contract #3 was for 18.75M pieces invoiced and delivered December through January
- One (1) Purchase Order from the DHSC and 20 Invoices supporting Contract #2
- One (1) Purchase Order and nine (9) Invoices supporting Contract #3

Let's set up a time to discuss any questions you might have. I am free at these times (all ET):
**Thu, 11-Feb:** 3:30p – 4:00p or 4:30p – 8:00p
**Fri, 12-Feb:** 11:00a – 3:00p

As I'm sure you've seen in your markets, LFDs are quickly becoming commoditized. This explains why Contract #2's sales price triggered a profit split ($5,259,663.53 to FSMS) but Contract #3's sales price did not. Fortunately, we have some smaller contracts going to non-government customers that *will* trigger a profit split this month. Looking forward to getting those done in February and reconciling in March.
Thanks for your patience to allow me to get through all of these documents.
Let me know on the timing of the call.
Best regards,
Steve

**From:** Laird Q. Cagan <laird@cmcp.com>
**Sent:** Friday, November 20, 2020 4:11 PM
**To:** Steve Scalia <SScalia@tannerpharma.com>
**Cc:** JM <ttkl2008@foxmail.com>
**Subject:** Re: UK Gov Rapid Tests and Phase 3b

Wire was received.
Thanks, Laird

<image001.png>

*Laird Cagan*
*CEO*
*FS Medical Supplies, LLC*
*20400 Stevens Creek Blvd., Suite 700*
*Cupertino, CA 95014*
*(650) 823-5559 – cell*
*Laird@FSMedicalSupplies.com*

On Nov 20, 2020, at 2:13 AM, Steve Scalia <SScalia@tannerpharma.com> wrote:
Hi Larid & Jim, All good on the Invoice - thanks. I've attached the wire confirmation. It went out yesterday around 9am ET. Funds should be in your account. Pls confirm. BR, Steve

**From:** Laird Q. Cagan <laird@cmcp.com>
**Sent:** Wednesday, November 18, 2020 5:00 PM
**To:** Steve Scalia <SScalia@tannerpharma.com>
**Cc:** JM <ttkl2008@foxmail.com>
**Subject:** Re: UK Gov Rapid Tests and Phase 3b

Steve,
I revised the invoice to now be made out to Tanner Pharma UK Ltd. with correct address and phone number as requested. Sorry I missed your clear instructions on the email dated Nov 15th below. See attached revised invoice. I suspect we have missed today's wire cut-off in the UK, so we will anticipate the funds being sent tomorrow.
Regards,
Laird
<image001.png>

*Laird Cagan*
*CEO*
*FS Medical Supplies, LLC*
*20400 Stevens Creek Blvd., Suite 700*
*Cupertino, CA 95014*
*(650) 823-5559 – cell*
*Laird@FSMedicalSupplies.com*

On Nov 18, 2020, at 6:27 AM, Steve Scalia <SScalia@tannerpharma.com> wrote:

Hi Laird,

Thanks for the invoice. As indicated below, our Accounting department needs the Invoice to be made out to *Tanner Pharma UK Ltd*. since that is the entity involved in the transactions. The wire is set-up and ready for approval – pls send the updated invoice as soon as possible so we can approve and send before the wiring department at our UK bank closes for the day.

Thanks,
Steve

**From:** Laird Q.Cagan <laird@cmcp.com>
**Sent:** Tuesday, 17 November, 2020 7:18 PM
**To:** Steve Scalia <SScalia@tannerpharma.com>
**Cc:** Jim Mao <ttkl2008@foxmail.com>
**Subject:** Re: UK Gov Rapid Tests and Phase 3b

Steve,

Congrats on completing this substantial 2 million unit Orient Gene Antigen order from the UK Department of Health & Social Care and the great news of the follow-on order for an additional 37 million units to be delivered by the end of 2020. We will support you with whatever we can to help continue the order into 2021. We are continuing to work with Gaby on various orders and Jonathan on the swab, vial, UTM products for the UK DHSC and will continue to support your team on everything.

Per your detailed information outlined below, I have attached an invoice as requested for payment to FSMS for this order of 2,000,000 units of Antigen tests from Orient Gene.

Regards,
Laird

<image001.png>

Laird Cagan
CEO
FS Medical Supplies, LLC
20400 Stevens Creek Blvd., Suite 700
Cupertino, CA 95014
(650) 823-5559 – cell
Laird@FSMedicalSupplies.com

On Nov 15, 2020, at 2:06 PM, Steve Scalia <SScalia@tannerpharma.com> wrote:

Hi Laird & Jim,

Hope all is well. As JB informed you last Saturday, the UK Gov has collected the data for the Phase 3b test of the OG Rapid Tests. Although we still have not received the final Phase 3b report, we did receive the raw data (forwarded to you) and we received verbal confirmation that the Rapid Tests "passed" and the units we've sold them will not be returned. Based on that news, we are happy to move forward with the profit split in accordance with our agreement. Below you will find a table which shows the transaction details for 2mm OG Rapid Tests. Attached, you will find the supporting documentation to support the numbers below (including some minor, immaterial redactions due to GDPR). Everything should be clear and transparent. If you have any questions, let us know. Otherwise, please email us an invoice made out to *Tanner Pharma UK Ltd.* with FSMS wiring instructions so we can send your money.

**Profit Share - Initial Calculation** (* with one pending item)

| Date | Document | Units | Price/unit | Total Price (GBP) | Total Rev (USD) |
|---|---|---|---|---|---|
| 1-Oct-20 | PO 549235 | 2,000,000 | £ 5.00 | £ 10,000,000.00 | TBD - forex by inv date |
| 8-Oct-20 | Inv# 4388-0003 | 13,560 | £ 5.00 | £ 67,800.00 | $ 88,135.96 |
| 14-Oct-20 | Inv# 4388-0004 | 800,000 | £ 5.00 | £ 4,000,000.00 | $ 5,199,761.40 |
| 23-Oct-20 | Inv# 4388-0005 | 600,000 | £ 5.00 | £ 3,000,000.00 | $ 3,899,821.05 |
| 28-Oct-20 | Inv# 4388-0006 | 586,440 | | £ 2,932,200.00 | $ 3,811,685.09 |
| | **Total Revenue** | | | £ 10,000,000.00 | **$ 12,999,403.50** |

| 12-Nov-20 | S&H Expense* | 2,000,000 | | -£ 455,593.00 | $ (597,783.58) |
|---|---|---|---|---|---|
| | **Net Revenue** | | | | **$ 12,401,619.92** |
| | Cost Basis | 2,000,000 | $ 5.00 | | $ (10,000,000.00) |
| | **Net GP** | | | | **$ 2,401,619.92** |
| | **FSMS/Tanner Split** | | | | **$ 1,200,809.96** |

<u>Important note above</u>: We are arguing the price that the UK Gov charged us for Shipping & Handling. We expect to get a material reduction in the amount. As soon as we settle that open item, we will forward 50% of the savings to you as a "true up" along with the updated supporting documentation.

Regarding swabs and vials, I am not abreast of the details; but I trust JB is in contact with you guys in a separate thread. I know that we are optimistic that we can sell those products too. And thanks for your continued work with Gaby and Maryori.

BR,
Steve

<DHSC PO_549235_2m pieces.pdf><Inv #A - 13560 units.pdf><Inv #1 - 800k units.pdf><Inv #2 - 600k units.pdf><Inv #3 - 586440 units.pdf><DHSC TT Costs - Tanner-Orient Gene PO 549235.pdf>

<FS Medical Wire Confirmation - 19 Nov 2020.pdf>

<FSMS-TPG Reconciliation - UK-DHSC Contract 1.pdf>
<FSMS-TPG Reconciliation - UK-DHSC Contract 2.pdf>
<FSMS-TPG Reconciliation - UK-DHSC Contract 3.pdf>
<UK-DHSC Contract 2.zip>
<UK-DHSC Contract 3.zip>