IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| FS MEDICAL SUPPLIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:21-cv-00501-RJC-WCM |
| v. | ) | |
| | ) | |
| TANNERGAP, INC. and | ) | |
| TANNER PHARMA UK LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

*Consolidated for discovery with*

| | | |
|---|---|---|
| FS MEDICAL SUPPLIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 3:23-cv-00598-RJC-WCM |
| v. | ) | |
| | ) | |
| TANNER PHARMA UK LIMITED; | ) | |
| RAYMOND FAIRBANKS BOURNE; | ) | |
| and MARY EVERETT | ) | |
| WHITEHURST BOURNE; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

This matter is before the Court on Plaintiff's "Emergency Motion for Expedited Briefing and Hearing on Motion for Protective Order and to Set a Conference" (the "Motion to Expedite," Doc. 203). The Tanner Defendants have responded and Plaintiff has replied. Doc. 205, 206.

1

Plaintiff requests expedited briefing concerning its "Motion for Protective Order Concerning Depositions – Expedited Relief Requested" (the "Motion Concerning Depositions," Doc. 201). Plaintiff also requests that the Court conduct a hearing on the Motion Concerning Depositions and a discovery conference.

Having reviewed the Motion to Expedite, the Motion Concerning Depositions, and the other currently pending motions, the Court will allow the Motion to Expedite in part.

**IT IS THEREFORE ORDERED THAT:**

1. To the extent the "Emergency Motion for Expedited Briefing and Hearing on Motion for Protective Order and to Set a Conference" (Doc. 203) seeks a hearing on the "Motion for Protective Order Concerning Depositions – Expedited Relief Requested" (Doc. 201), it is **GRANTED.** Plaintiff's request that an expedited briefing schedule be established for the Motion Concerning Depositions is **DENIED**.

2. The deposition of Plaintiff's website developer, Charles Roach, which is scheduled for November 6, 2024, is **TEMPORARILY STAYED** pending a ruling on the motions for which a hearing will be scheduled pursuant to this order. To the extent any other depositions are the subject of the motions to be heard, those depositions are likewise **TEMPORARILY STAYED**.

3. The Clerk is respectfully directed to schedule a status conference as well as a hearing on the following:

   a. Plaintiff's Motion to Compel Production of ESI from Jonathan Bracey's Mobile Phone (Doc. 174);

   b. Defendants Tanner Pharma UK Limited's and TannerGAP, Inc.'s Motion for Leave to Amend Answer (Doc. 179);

   c. Plaintiff's Motion to Compel Discovery on Discovery (Doc. 181);

   d. Defendants Tanner Pharma UK Limited and TannerGAP, Inc.'s Motion for Protective Order to Preclude Discovery-on-Discovery (Doc. 183);

   e. The parties' Joint Stipulated Request for Entry of Addendum to Stipulated Protective Order (Doc. 185); and

   f. The Motion for Protective Order Concerning Depositions – Expedited Relief Requested (Doc. 201).

Signed: October 29, 2024

W. Carleton Metcalf
United States Magistrate Judge

3

Case 3:21-cv-00501-RJC-WCM   Document 208   Filed 10/29/24   Page 3 of 3