IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>TANNERGAP, INC. AND TANNER PHARMA UK LIMITED,<br><br>　　Defendants;<br><br>and<br><br>FS MEDICAL SUPPLIES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>TANNER PHARMA UK LIMITED; RAYMOND FAIRBANKS BOURNE; MARY EVERETT BOURNE,<br><br>　　Defendants. | Case No. 3:21-cv-501-RJC-WCM<br>Case No. 3:23-cv-598-RJC-WCM |

**TANNER PHARMA UK LIMITED'S AND TANNERGAP, INC.'S
<u>CONSENT MOTION TO FILE EXHIBITS UNDER SEAL</u>**

Defendants TannerGAP, Inc. and Tanner Pharma UK Limited (together, the "Tanner Defendants") under Rule 5.2(d) of the Federal Rules of Civil Procedure and Local Rule 6.1, hereby move the Court to enter an order allowing the Tanner Defendants to file under seal a copy of certain exhibits in support of its Response in Opposition to FSMS's Motion for Protective Order Concerning Depositions. The Tanner Defendants have conferred with Plaintiff FS Medical

Supplies, LLC ("FSMS") regarding the relief sought in this Motion, and FSMS consents to the requested relief.

Specifically, the Tanner Defendants seek to file the following documents under seal, which are all designated as Confidential under the Protective Order in this case (Dkt. 25):

- Exhibit B, Excerpts from the Deposition of Laird Cagan (Rough Draft), October 29, 2024.
- Exhibit E, Expert Report of Barry K. Lynn, dated September 11, 2024;
- Exhibit D, Excerpts from the Expert Report of Aaron Dolgoff, dated September 11, 2024;
- Exhibit O, Excerpts from the Expert Deposition of Jim Mao (Rough Draft), October 30, 2024, and

The grounds for this relief are more fully set forth in the Tanner Defendants' accompanying Memorandum in Support of their Motion to Seal.

WHEREFORE, the Tanner Defendants respectfully request that the Court grant this Motion and enter an Order that the Tanner Defendants may file certain documents in support of its forthcoming Response in Opposition to FSMS's Motion for Protective Order Concerning Depositions under seal.

This the 6th day of November, 2024.

        McGuireWoods LLP

By:   */s/ Bradley R. Kutrow*
      Bradley R. Kutrow
      N.C. State Bar No. 13851
      Brian A. Kahn
      N.C. State Bar No. 29291
      Anita Foss
      N.C. State Bar No. 47743

Jessica O'Brien Peretz (formerly Jessica L. O'Brien
N.C. State Bar No. 56679
Kelly A. Warlich
N.C. State Bar No. 51053
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
Telephone: (704) 343-2049
Facsimile: (704) 343-2300
bkutrow@mcguirewoods.com
bkahn@mcguirewoods.com
afoss@mcguirewoods.com
jperetz@mcguirewoods.com
kwarlich@mcguirewoods.com

Mark E. Anderson
N.C. State Bar No. 15764
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Telephone: (919) 755 -6678
Facsimile: (919) 755-6699
manderson@mcguirewoods.com

Anne Doherty
N.C. State Bar No. 55494
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-7633
Facsimile: (804) 775-1061
adoherty@mcguirewoods.com

*Attorneys for Defendants TannerGAP, Inc. and Tanner Pharma UK Limited*

3