# Robert Keel
Executive Vice President at Tanner Pharma Group
Basel, Basel, Switzerland

## Contact

www.linkedin.com/in/robertpkeel
(LinkedIn)

## Top Skills

Managed Access Programs
Supply Chain
Market Access

## Languages

Spanish
Italian

## Summary

At Tanner Pharma Group, we work with biopharma companies and non-profit organizations to provide access to medicines in countries where they are currently not accessible, either because a regulatory approval has not been granted for the medicine in the country or because patients don't have the ability to fund treatment. Our services and programs span managed access, early access, expanded access, compassionate use, post-trial supply, market withdrawals, supply shortages and global donations. We have been working for the past 20 years to improve lives by increasing access to medicines around the world, and we have a particular passion for supporting the rare disease community to address significant gaps in access to treatment.

At Tanner Pharma, we have a committed and passionate team of experts that provide a high-touch level of service. Some of the philosophies we aim to live by in the Managed Access Programs division when servicing our customers, partners, healthcare providers, and patients are:
• Treat every situation with the same level of urgency, responsiveness, and compassion as if trying to help a family member
• We are distributing life-saving medicines so extra care needs to go into ensuring the quality of our supply chain
• Actions speak louder than words
• Diseases don't take a break on nights and weekends
• Own our mistakes and take responsibility for them when it's our fault
• Be transparent and honest through all our interactions
• Celebrate successes, but don't become complacent – strive for continuous improvement
• Focus on finding solutions and dealing with the task at hand, not placing blame or finding reasons why something can't be done
• Do what is needed to get the job done, regardless of what your role is or what is stated in a contract

If you think there is a something with which Tanner Pharma can support, then please reach out via LinkedIn or at map@tannerpharma.com.

―――

## Experience

Tanner Pharma Group
8 years 2 months

### MVA Society
Trustee
September 2024 - Present (3 months)
London Area, United Kingdom

The MVA Society is a patient advocacy group established as a focal point for the ultra-rare genetic condition Mosaic Variegated Aneuploidy syndrome. The aims of the MVA Society are to act as a patient advocacy support and information resource, build a community of practise and patient cohort, and investigate research into screening, surveillance and treatment of MVA.

### Tanner Pharma Group
8 years 2 months

Executive Vice President of TannerMAP
August 2021 - Present (3 years 4 months)
Basel, Switzerland

At Tanner Pharma Group, we partner with companies to provide access to their medicines in countries where they are not commercially accessible, either because a marketing authorization has not been granted or patients do not have the financial means to pay for them. Our TannerMAP division specializes in designing and delivering named patient supply, US expanded access, compassionate use, early access, managed access, post-trial supply, product withdrawal, and global donation programs.

Executive Vice President of TannerMAP
May 2017 - August 2021 (4 years 4 months)
London, England, United Kingdom

Executive Vice President of TannerMAP
October 2016 - April 2017 (7 months)
Conegliano, Veneto, Italy

### Ag Pro Exchange
3 years 9 months

Chief Financial Officer & Chief Operating Officer

Case 3:21-cv-00501-RJC-WCM    Document 234-1    Filed 11/26/24    Page 2 of 4

August 2014 - September 2017 (3 years 2 months)
Austin, Texas Area

**Chief Financial Officer & Chief Operating Officer**
January 2014 - July 2014 (7 months)
Lubbock, Texas, United States

### Alliance Healthcare

**Director of Manufacturer Services Development**
October 2012 - January 2014 (1 year 4 months)

### AstraZeneca

5 years 2 months

**Head of EMEA Commercial Supply Chain**
April 2009 - September 2012 (3 years 6 months)
Brussels, Brussels Region, Belgium

**Finance Director, European Supply Chain**
July 2008 - March 2009 (9 months)
Brussels, Brussels Region, Belgium

**Finance Director, Strategic Planning & Business Development**
January 2008 - June 2008 (6 months)
Wilmington, Delaware, United States

**Associate Director of Finance, Seroquel Brand Team**
August 2007 - December 2007 (5 months)
Wilmington, Delaware, United States

### Genentech

**Summer Intern - Manufacturing Finance**
May 2006 - August 2006 (4 months)

### Northwest Airlines

6 years 1 month

**Senior Financial Analyst**
May 2002 - August 2005 (3 years 4 months)
Tokyo, Japan

**Financial Analyst**
August 1999 - April 2002 (2 years 9 months)
Minneapolis, Minnesota, United States

## Education

### Harvard Business School
MBA, Finance & General Management · (August 2005 - May 2007)

### Northwestern University
Master of Science - MS, Industrial Engineering & Management Sciences · (August 1995 - June 1999)

### Universidad de las Américas Puebla
 · (July 1997 - December 1997)

### GLENBARD WEST HIGH SCHOOL
 · (August 1991 - June 1995)