**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Sent:** Monday, June 15, 2020 8:13 AM
**To:** Gaby Martinez <GMartinez@tannerpharma.com>; Lorena Mora <LMora@tannerpharma.com>; Maryori Alvarenga <malvarenga@tannerpharma.com>; John Lagus <jlagus@tannerpharma.com>; Robert Keel <rkeel@tannerpharma.com>; Thomas Westerhouse <TWesterhouse@tannerpharma.com>
**Subject:** PPE forecasts

Hi guys – you may have seen the numbers we submitted to the insurance company in terms of sales etc against these items. Steve has kindly broken down those assumptions – as per below – and wanted to share with the wider team…..thoughts/comments welcome….

JB

I would estimate annual sales revenue from PPE to be $500,000 - $2,000,000. I assumed $5/item. And between masks, gowns and gloves, that we could sell 100,000 - 400,000 units. This would be made up of 4 – 16 orders at a MOQ of 25,000 each. If we sell $500k - $2mm in revenue, we will make total GP of $50k - $200k.

Annual sales revenue from Diagnostic Test Kits to be $250,000 - $2,000,000. I assumed $7.50/item. Units = 30,000 – 250,000, then I rounded up to the nearest 100,000. Pretty big wild card here. Could be we cannot compete on price at $7.50/each might need to be $6/unit to win. Maybe we can find a sweet spot and sell a lot of these (but probably for a thin margin like 10%). If we cost share at $5/each, sell at $6/each and split profit with FSMS, we would make $0.50/each, or 10%. If we sell $250k - $2mm in revenue, we will make total GP of $12,500 - $100k.

Annual sales revenue from Spiro Wave ventilators and other medical equipment to be $5,000,000 - $12,500,000. I assumed revenue of $5,000/each. Targeting to sell 1,000 – 2,500 in year I. If, after shipping, importation, customs, taxes and local partner margin we make $500/each, we will make total GP of $500k-$1.5mm.

This is part of the reason we should focus on larger orders (higher MOQs) for the PPE and Rapid Test Cassettes.

Feel free to share this with the broader GPS Team so we can share everyone's thoughts. Thx.


Jonathan Bracey
Managing Director, UK | EVP Corporate Development
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



| From: | Lorena Mora <LMora@tannerpharma.com> |
|---|---|
| Sent: | Monday, September 21, 2020 5:48 PM |
| To: | Jonathan Bracey <jbracey@tannerpharma.com>; Catherine Williams <cwilliams@tannerpharma.com> |
| Subject: | RE: Lateral Flow Test Kits - confidentiality & sensitivity reminder |

Hi Jb, no worries I will not disclose.

Sincerely,

Lorena,
**Lorena Mora | Sales & Business Development Manager**
1808-A Associates Lane | Charlotte, NC 28217
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 704.552.8408 x 238
Skype: lmora.1
lmora@tannerpharma.com
www.tannerpharma.com



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice. If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Sent:** Monday, September 21, 2020 7:49 AM
**To:** Catherine Williams <cwilliams@tannerpharma.com>; Lorena Mora <LMora@tannerpharma.com>
**Subject:** FW: Lateral Flow Test Kits - confidentiality & sensitivity reminder
**Sensitivity:** Confidential

Hi Ladies – meant to add you to this email (as we discuss it on the GMS calls)....just need to keep the subject close to us; not one for discussion with our partners (at least not yet)....

**Jonathan Bracey**
**EVP Corporate Development**
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Sent:** Monday, September 21, 2020 4:19 AM
**To:** Kerry Tustain <KTustain@tannerpharma.com>; Sean Neat <SNeat@tannerpharma.com>; Gaby Martinez <GMartinez@tannerpharma.com>; Matthew Way <mway@tannerpharma.com>; Maryori Alvarenga <malvarenga@tannerpharma.com>; Lizza Rodriguez <lrodriguez@tannerpharma.com>; Katty Butler <KButler@tannerpharma.com>
**Cc:** Steve Scalia <SScalia@tannerpharma.com>; Jim Leonard <JLeonard@tannerpharma.com>; Robert Keel <rkeel@tannerpharma.com>; William Taylor <WTaylor@tannerpharma.com>
**Subject:** Lateral Flow Test Kits - confidentiality & sensitivity reminder
**Importance:** High
**Sensitivity:** Confidential

Hi all

I wanted to drop you all a short email regarding this highly sensitive project regarding lateral flow antigen test kits that we are working on with Orient Gene / Healgen and the UK Government.

Within the UK at the moment the subject of COVID 'testing' is super-sensitive; it can be (and often is) headline news. And is certainly not' where we want to be as a Company. We have been reminded of this on a several occasions now by the Government body we are working with (DHSC/Public Health England (PHE)). As such, I wanted to highlight that to this wider team who have been/are involved in this project. Please keep the details limited to only those within the Company – and UK Government – and Orient Gene/Healgen who we are working with.

If in any doubt please feel free to give me a call.

Kind regards

JB

Jonathan Bracey
EVP Corporate Development
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



TannerGAP00007442

**From:** Jonathan Bracey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=22990F06F07048D78D41D77696D8C70A-JONATHAN BR>
**Sent:** Tuesday, September 22, 2020 3:43 PM
**To:** Robert Keel <rkeel@tannerpharma.com>
**Subject:** Re: DRAFT email to Chris [REDACTED]/DHSC

Yep. Banks thinks they won't pay. I disagree. But have no voice

Get Outlook for iOS

---

**From:** Robert Keel <rkeel@tannerpharma.com>
**Sent:** Tuesday, September 22, 2020 8:24:47 PM
**To:** Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** Re: DRAFT email to Chris [REDACTED]/DHSC

But if I read things correctly, by asking for an escrow, LOC or deposit, our governance gurus have concerns the UK government is not going to pay up. I agree, this could easily kill the deal. We are not dealing with a third-world country.

---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Date:** Tuesday, September 22, 2020 at 8:09 PM
**To:** Robert Keel <rkeel@tannerpharma.com>
**Subject:** Re: DRAFT email to Chris [REDACTED]/DHSC

No concerns from me or Sean

Get Outlook for iOS

---

**From:** Robert Keel <rkeel@tannerpharma.com>
**Sent:** Tuesday, September 22, 2020 7:46:33 PM
**To:** Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** Re: DRAFT email to Chris [REDACTED]/DHSC

So there are concerns about getting paid from the UK government?

---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Date:** Tuesday, September 22, 2020 at 7:41 PM
**To:** Robert Keel <rkeel@tannerpharma.com>
**Subject:** Fwd: DRAFT email to Chris [REDACTED]/DHSC

Get Outlook for iOS

---

**From:** Sean Neat <SNeat@tannerpharma.com>
**Sent:** Tuesday, September 22, 2020 7:40 pm
**To:** Jonathan Bracey
**Subject:** RE: DRAFT email to Chris [REDACTED]/DHSC

Nothing else really to add. Unless you want to make them explicitly aware that if we aren't able to secure the stock by EOD china, we are at massive risk of losing the stock to another buyer

Sean Neat | Business Analyst
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Mobile: +44 (0) 7557858531
sneat@tannerpharma.com
www.tannerpharma.com

**TannerCTS**

This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice.
If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Sent:** 22 September 2020 18:50
**To:** Sean Neat <SNeat@tannerpharma.com>
**Subject:** FW: DRAFT email to Chris [REDACTED]/DHSC

Feel free to comment/add your suggestions....

Jonathan Bracey
**EVP Corporate Development**
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Sent:** 22 September 2020 18:46
**To:** Steve Scalia <SScalia@tannerpharma.com>
**Cc:** William Taylor <WTaylor@tannerpharma.com>; Jim Leonard <JLeonard@tannerpharma.com>; Sean Neat <SNeat@tannerpharma.com>
**Subject:** DRAFT email to Chris ▇▇▇▇/DHSC

Steve – over to you…….


Dear Chris

We wanted to come back to you on our position following our call earlier today with you and Isabel. he aim being to find a solution to ship the 700k test kits out of China before the end of September due to Golden Week from 1 Oct and the challenges that would present to ship this order during that time, whilst fitting into the processes and acceptable risks for all parties.

You suggested that there may be an option under a Letter of Intent (LoI) to provide some level of risk mitigation to Tanner Pharma UK Ltd. Would you be able send over a draft LoI please so we can review this?

In parallel, we have had detailed internal conversations with the our Owner of our Company, several of the C-Suite team and external legal counsel in London to try and find a way through this that fits with our own internal legal, financial and due diligence processes. We have also discussed with Orient Gene to find out options that they would be open to working with to try and find a suitable 'compromise' all round that is acceptable in terms of risk, yet meeting the tight timelines we are working with.

There are a few options in conjunction with an acceptable LoI that we would like to put forward and discuss. In order to be at an acceptable level of risk for Tanner, we envisage a level of funds being made available as part of this process
1. ESCROW account
2. Letter of Credit
3. Deposit

We would like to set up a call asap tomorrow to discuss and include our US team in that meeting. Would you and your team be free to discuss from XXXX UK time for a call? We can set that up and look forward to talking through then with the aim of finding a solution to this puzzle. If you are able to send the draft L ahead of that call it would be preferable so we can review and then discuss when on line

Kind regards

JB

Jonathan Bracey
**EVP Corporate Development**
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



CONFIDENTIAL
TannerUK00053365

| From: | Jonathan Bracey </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=22990F06F07048D78D41D77696D8C70A-JONATHAN BR> |
|---|---|
| Sent: | Thursday, September 24, 2020 4:37 PM |
| To: | Robert Keel <rkeel@tannerpharma.com> |
| Subject: | RE: Zhejiang Orient Payment |

We are paying Orient Gene 10% as deposit. They have verbally also given us exclusivity to work with them with DHSC on the back of that (which is huge if they accept the doc we are about to send them)
DHSC will pay us around half on collection in China and the balance when it arrives in their warehouse..thats £4M in total revenue (GP tbc)…..and a further £6M second part of the order to follow in a week or so. Could be a good Q4!!


**Jonathan Bracey**
EVP Corporate Development
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



---

**From:** Robert Keel <rkeel@tannerpharma.com>
**Sent:** 24 September 2020 21:35
**To:** Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** Re: Zhejiang Orient Payment

Awesome! And has NHS paid us the 30% as well, or is that in motion still?

---

**From:** Jonathan Bracey <jbracey@tannerpharma.com>
**Date:** Thursday, September 24, 2020 at 9:27 PM
**To:** Robert Keel <rkeel@tannerpharma.com>
**Subject:** FW: Zhejiang Orient Payment

…fire in the hole!!


**Jonathan Bracey**
EVP Corporate Development
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com

---

**From:** Carolina Marulanda <CMarulanda@tannerpharma.com>
**Sent:** 24 September 2020 21:26
**To:** Jonathan Bracey <jbracey@tannerpharma.com>; Sean Neat <SNeat@tannerpharma.com>
**Cc:** Jim Leonard <JLeonard@tannerpharma.com>; Jim Menzies <jmenzies@tannerpharma.com>
**Subject:** Zhejiang Orient Payment

Dear Jonathan & Sean,

Please find attached payment confirmation for 10% deposit to Zhejiang Orient.

Kind regards,

**Carolina Marulanda | Accounting Specialist**
1808-A Associates Lane | Charlotte, NC 28217 |US
Harpendenbury Farm | Redbourn AL3 7QA |UK
Direct: +1 704.552.8408 x 239
Alternative: +1 704.993.6704
cmarulanda@tannerpharma.com
www.tannerpharma.com

CONFIDENTIAL
TannerUK00053433



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice. If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

CONFIDENTIAL                                                                                          TannerUK00053434

| From: | Jonathan Bracey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=22990F06F07048D78D41D77696D8C70A-JONATHAN BR] |
|---|---|
| Sent: | 10/14/2020 2:46:55 AM |
| To: | Robert Keel [rkeel@tannerpharma.com]; Sean Neat [SNeat@tannerpharma.com] |
| Subject: | RE: OG/DHSC Cash Forecast |

The Laird discussion is going to be an interesting one for sure…..we got to know him via Banks's YPO…..Steve and Banks are discussing it – clearly sensitive due to YPO but he has done 'zip' on this deal….but does have a signed contract with Tanner that we will split it all 50-50……so I would say that's our worst case position (which isn't bad by any means….and is bloody amazing for Laird!)

Jonathan Bracey
EVP Corporate Development
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Office +44 (0) 20 3940 8115
Mobile +44 (0) 7747 766178
Fax: +44 (0) 20 3940 8110
jbracey@tannerpharma.com
www.tannerpharma.com



**From:** Robert Keel <rkeel@tannerpharma.com>
**Sent:** 14 October 2020 04:06
**To:** Sean Neat <SNeat@tannerpharma.com>
**Cc:** Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** Re: OG/DHSC Cash Forecast

Hi Sean – Thanks for sharing and nice job pulling this together. I have not been able to go through things in detail, but as discussed on the call today, I think it's important to understand the sensitivity on this related to curious swings. Also, this shows about $65M in GP if I have my math correct….which is high based on what I understood from discussions with JB. I believe there is a middleman involved (Laird?) and if so, how are we factoring in the cash flow for him? I will try to take a look at things again in the morning. Rob

**From:** Sean Neat <SNeat@tannerpharma.com>
**Date:** Tuesday, October 13, 2020 at 7:26 PM
**To:** Robert Keel <rkeel@tannerpharma.com>
**Cc:** Jonathan Bracey <jbracey@tannerpharma.com>
**Subject:** OG/DHSC Cash Forecast

Hi Rob,

See attached the cash flow and ops tracker we went through earlier. I have updated the cash flow to hopefully make things clearer, but happy to run through things again if anything is unclear still.

Many thanks,

Sean Neat | Business Analyst
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Mobile: +44 (0) 7557858531
sneat@tannerpharma.com
www.tannerpharma.com



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice.
If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

TannerUK00013096

| From: | Matthew Way [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=510DEC4C25284FABBACE81F84EE1B43F-MWAY] |
|---|---|
| Sent: | 2/24/2021 10:38:04 AM |
| To: | Kerry Tustain [KTustain@tannerpharma.com] |
| Subject: | RE: Antigen test kits |

Just dates, and some commentary, and who was involved, examples below. Highlighting points such as below in yellow. i.e.

10 Jan – GMS requested quote from Logistics
11 Jan – PO placed
14 Jan – UK logistics requested shipping quote

Best Regards,
Matt

Matt Way
Senior Vice-President Supply Chain & Logistics
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Mobile +44 (0) 7444 453798
Fax: +44 (0) 20 3940 8110
mway@tannerpharma.com
www.tannerpharma.com



**From:** Kerry Tustain <KTustain@tannerpharma.com>
**Sent:** 24 February 2021 15:36
**To:** Matthew Way <mway@tannerpharma.com>
**Subject:** RE: Antigen test kits

Hi Matt,

No problem – how would you like this presented as I am sifting through emails(100's of them) now to look when the PO was sent over to OG which just stated 'Blind ship' and then we picked it up when we began to get K&N/K&N-China on the case to liaise with OG to arrange the collection and that's when it got noticed that the delivery address didn't match the export document application by Elsa!!
I think this was more of a presumption by Elsa due to the PO not stating anything other than delivering to the UK!
Logistics were never involved in these initial comms bewteen OG and the US teams ☹
I can try and put something together but not sure what and how you would like this presented!

Kind Regards
Kerry

Kerry Tustain | UK Logistics Manager
The Tithe Barn | Harpendenbury Farm | Redbourn | St Albans | AL3 7QA
Office: +44 (0) 20 3940 8121
Mobile: +44 (0) 7940 978679
ktustain@tannerpharma.com
www.tannerpharma.com

**From:** Matthew Way <mway@tannerpharma.com>
**Sent:** 24 February 2021 14:55

CONFIDENTIAL                                                                                       TannerUK00210049

**To:** Kerry Tustain <KTustain@tannerpharma.com>
**Subject:** FW: Antigen test kits

Per Rob's comments, can you pull a timeline of events together and who played what part in this, please?

Best Regards,
Matt

Matt Way
Senior Vice-President Supply Chain & Logistics
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Mobile +44 (0) 7444 453798
Fax: +44 (0) 20 3940 8110
mway@tannerpharma.com
www.tannerpharma.com



---

**From:** Robert Keel <rkeel@tannerpharma.com>
**Sent:** 24 February 2021 14:36
**To:** Matthew Way <mway@tannerpharma.com>
**Subject:** Re: Antigen test kits

Who was responsible for managing things with OG and reviewing the paperwork? Why did OG think the shipment was going to the UK and where was that comms breakdown?

---

**From:** Vanessa Jijon Zaconet <VJijon@tannerpharma.com>
**Date:** Tuesday, 23 February 2021 at 14:49
**To:** Matthew Way <mway@tannerpharma.com>, Claudia Harrison <CHarrison@tannerpharma.com>
**Cc:** Lorena Mora <LMora@tannerpharma.com>, Jonathan Bracey <jbracey@tannerpharma.com>, Robert Keel <rkeel@tannerpharma.com>, Kerry Tustain <KTustain@tannerpharma.com>, Maryori Alvarenga <malvarenga@tannerpharma.com>
**Subject:** RE: RE: Antigen test kits

Hi Matt,

I agree! with this order. This was an oversight on the cc, and we will address it with the OME. This is the main reason why we have our biweekly call to make sure we catch these things before they develop into bigger issues.

To clarify, the delay on the 50K kids was not related to a cc; UK logistics were involved from the very beginning, and it was the vendor assumption that the product was going to the UK which delayed the export permits out of China, there were also delays on the manufacturing of the products, so it's unfair to put the blame on the incorrect parties.

We can defiantly do better! We can ALL do better, from cc the correct people to recap phone conversations with vendors and provide more up-to-date updates to share with the clients.

We can ALL do better; let's not blame but work together towards a more efficient process.

Thank you all for your support!

Vanessa Jijon Zaconet | Senior Director GAP
1808-A Associates Lane | Charlotte, NC 28217 | US

CONFIDENTIAL                                                                                          TannerUK00210050

Harpendenbury Farm | Redbourn AL3 7QA | UK
Office: +1 704.552.8408
Direct: +1 980.949.0048
vjijon@tannerpharma.com
www.tannerpharma.com



Connect with us on **Linkedin** and **Twitter**!

This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice. If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

---

**From:** Matthew Way <mway@tannerpharma.com>
**Sent:** Tuesday, February 23, 2021 8:54 AM
**To:** Claudia Harrison <CHarrison@tannerpharma.com>; Vanessa Jijon Zaconet <VJijon@tannerpharma.com>
**Cc:** Lorena Mora <LMora@tannerpharma.com>; Jonathan Bracey <jbracey@tannerpharma.com>; Robert Keel <rkeel@tannerpharma.com>; Kerry Tustain <KTustain@tannerpharma.com>
**Subject:** RE: RE: Antigen test kits

Team,

We have to do better than this! How are logistics expected to handle this shipment if we are not included on the email trails? We **HAVE** to be included, not having logistics involved is what caused the issue on the first 50,000 order, as OG prepared all the paperwork for the UK, not for the end destination., and nobody on the commercial side realised this; hence the delay in getting it out of China before the CNY.

Has anyone responded to Elsa, on her question, highlighted in yellow below? If not, then Kerry will deal with it from here for shipping.

Best Regards,
Matt

Matt Way
Senior Vice-President Supply Chain & Logistics
The Tithe Barn | Harpendenbury Farm | Redbourn AL3 7QA | United Kingdom
Mobile +44 (0) 7444 453798
Fax: +44 (0) 20 3940 8110
mway@tannerpharma.com
www.tannerpharma.com



**From:** Larissa Huch <lhuch@tannerpharma.com>
**Sent:** 23 February 2021 13:22
**To:** Larissa Huch <messages.4098557.7129741.741a50c061@4098557.email.netsuite.com>
**Cc:** Lorena Mora <LMora@tannerpharma.com>; Vanessa Jijon Zaconet <VJijon@tannerpharma.com>; Claudia Harrison <CHarrison@tannerpharma.com>; Gaby Martinez <GMartinez@tannerpharma.com>; Jonathan Bracey <jbracey@tannerpharma.com>; Kerry Tustain <KTustain@tannerpharma.com>; Matthew Way

CONFIDENTIAL

TannerUK00210051

<mway@tannerpharma.com>
**Subject:** RE: RE: Antigen test kits

Dear Kerry and Matt,

Please see email below. 😊

Warm regards,

**Larissa Huch | Order Management Executive**
1808-A Associates Lane | Charlotte, NC 28217 | US
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 980.500.1435 x 1435
Lhuch@tannerpharma.com
www.tannerpharma.com



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice.
If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

---

**From:** elsa.zhao@orientgene.com <elsa.zhao@orientgene.com>
**Sent:** Tuesday, February 23, 2021 12:58 AM
**To:** Larissa Huch <messages.4098557.7129741.741a50c061@4098557.email.netsuite.com>
**Cc:** Lorena Mora <LMora@tannerpharma.com>; Vanessa Jijon Zaconet <VJijon@tannerpharma.com>; Claudia Harrison <CHarrison@tannerpharma.com>; Gaby Martinez <GMartinez@tannerpharma.com>; Jonathan Bracey <jbracey@tannerpharma.com>; Larissa Huch <lhuch@tannerpharma.com>
**Subject:** Re: RE: Antigen test kits

Dear Larissa,

Your order is well received. Will advise how soon you can take shipment.
Suppose the ship to address is the same to Carribean, right? Can you please advise the detail consignee address please? We need to show the consignee company name and address info on our document to submit to our government for exportation approval.

Thank you!!

Case 3:21-cv-00501-RJC-WCM    Document 234-5    Filed 11/26/24    Page 13 of 17
CONFIDENTIAL                                                               TannerUK00210052





Elsa Zhao (VP-Sales)
Cell/WhatsApp: +86-13823117036
Zhejiang Orient Gene Biotech Co.,Ltd (China)
Healgen Scientific, LLC (USA)
https://link.edgepilot.com/s/09734968/Oqhw4e23DE28xjHnJ0nyyQ?u=http://www.orientgene.com/   https://link.edgepilot.com/s/
中国工厂：浙江东方基因生物制品股份有限公司
Add: 3787#,East Yangguang Avenue, Dipu Street,Anji,Huzhou,Zhejiang,China PC313300

Email: elsa.zhao@orientgene.com

---

**From:** Larissa Huch (lhuch@tannerpharma.com)
**Date:** 2021-02-20 00:47
**To:** Elsa.zhao
**CC:** lmora; vjijon; charrison; gmartinez; jbracey; lhuch
**Subject:** RE: Antigen test kits

Dear Elsa,

I hope you are doing well! 

Please see our attached PO-21547 for the 150 packs as Gaby mentioned.

Kindly confirm when this has been received and processed, as well as advise that the lead time is still 15 business days.

Thank you in advance for your help with this order.

Warm regards,

Larissa Huch | Order Management Executive
1808-A Associates Lane | Charlotte, NC 28217 | US
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 980.500.1435 x 1435
Lhuch@tannerpharma.com

CONFIDENTIAL                                                                                                                                                          TannerUK00210053

https://link.edgepilot.com/s/ba189717/4I7A3HIE_Uqur7-wJK87FQ?u=http://www.tannerpharma.com/



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice.
If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

**From:** Gaby Martinez <GMartinez@tannerpharma.com>
**Sent:** Monday, February 1, 2021 7:53 AM
**To:** elsa.zhao@orientgene.com
**Cc:** Lorena Mora <LMora@tannerpharma.com>; Jonathan Bracey <jbracey@tannerpharma.com>; Vanessa Jijon Zaconet <VJijon@tannerpharma.com>; Larissa Huch <lhuch@tannerpharma.com>; Claudia Harrison <CHarrison@tannerpharma.com>
**Subject:** RE: Antigen test kits

Hello Elsa,

Are prices the same for the two items below?

pre-filled vials: 20pcs for pack of 20
7ml bottler: 2pcs for pack of 20

Sincerely,

**Gaby Bedoya | Business Development Manager**
1808-A Associates Lane | Charlotte, NC 28217 | US
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 980.500.1415 x 1415
Skype: gmartinez.1
gmartinez@tannerpharma.com
https://link.edgepilot.com/s/ba189717/4I7A3HIE_Uqur7-wJK87FQ?u=http://www.tannerpharma.com/



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice.
If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

**From:** elsa.zhao@orientgene.com <elsa.zhao@orientgene.com>
**Sent:** Saturday, January 30, 2021 3:50 AM
**To:** Gaby Martinez <GMartinez@tannerpharma.com>
**Cc:** Lorena Mora <LMora@tannerpharma.com>; Jonathan Bracey <jbracey@tannerpharma.com>; Vanessa Jijon Zaconet <VJijon@tannerpharma.com>; Larissa Huch <lhuch@tannerpharma.com>; Claudia Harrison <CHarrison@tannerpharma.com>
**Subject:** Re: Antigen test kits

CONFIDENTIAL                                                                                                    TannerUK00210054

Dear Gaby,

We can get those orders ready for your forwarder to pick up by 2.5th as quickest if to receive PO next Monday UK time.
I guess you are requesting the individual pre-filled small vials buffer for single kit, instead of the 7ml volume bottle for 10 kits. Right?
Attached the comparison picture FYI.

pre-filled vials: 20pcs for pack of 20
7ml bottler: 2pcs for pack of 20


Thanks!



Elsa Zhao (VP-Sales)
Cell/WhatsApp: +86-13823117036
Zhejiang Orient Gene Biotech Co.,Ltd (China)
Healgen Scientific, LLC (USA)
https://link.edgepilot.com/s/ef60f9fa/i8NplOiQgk6W7r_ErodMmQ?u=http://www.orientgene.com/   https://link.edgepilot.com/s/49
中国工厂：浙江东方基因生物制品股份有限公司
Add: 3787#,East Yangguang Avenue, Dipu Street,Anji,Huzhou,Zhejiang,China PC313300
Email: elsa.zhao@orientgene.com


**From:** Gaby Martinez
**Date:** 2021-01-30 01:17
**To:** elsa.zhao@orientgene.com
**CC:** Lorena Mora; Jonathan Bracey; Vanessa Jijon Zaconet; Larissa Huch; Claudia Harrison
**Subject:** Antigen test kits
Hello Elsa,

CONFIDENTIAL                                                                                          TannerUK00210055

I hope you are doing well.

We are working on another 2 potential orders for two different customers. Can you let me know what would be the lead-times? Thank you in advance!

1. **50,000 test kits (2,500 packs of 20) Lead-time?**
2. **3,000 test kits  (150 packs of 20) Lead-time?**

Sincerely,

**Gaby Bedoya | Business Development Manager**
1808-A Associates Lane | Charlotte, NC 28217 | US
Harpendenbury Farm | Redbourn AL3 7QA | UK
Direct: +1 980.500.1415 x 1415
Skype: gmartinez.1
gmartinez@tannerpharma.com
https://link.edgepilot.com/s/58548bcd/ivWR5yUZTkGI7KKCviWR0A?u=http://www.tannerpharma.com/



This E-mail (including any attachments) contains PRIVILEGED AND CONFIDENTIAL INFORMATION protected by Federal and/or State law and is intended only for the use of the individual(s) or entity(ies) designated as recipient(s). If you are not an intended recipient of the E-mail, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of this E-mail is strictly prohibited. Disclosure to anyone other than the intended recipient does not constitute a waiver of any applicable privilege. This message does not constitute legal, tax, or investment advice.
If you have received this E-mail in error, please immediately reply to the sender of this email and then permanently delete the original and any copy of this E-mail (including any attachments) and destroy any printout thereof.

CONFIDENTIAL
TannerUK00210056