# Exhibit A

# *Unredated Copy*
# *Filed Under Seal*

```
 1              UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF NORTH CAROLINA

 3                  CHARLOTTE DIVISION

 4

 5   FS MEDICAL SUPPLIES, LLC.,    )
                                   )
 6                                 )
              Plaintiff,           )
 7                                 )
        v.                         )Case 3:21-cv-501-RJC-WCM
 8                                 )     3:23-cv-598-RJC-WCM
                                   )
 9   TANNERGAP, INC., AND TANNER   )
     PHARMA UK LIMITED,            )
10                                 )
     AND                           )
11                                 )
     FS MEDICAL SUPPLIES, LLC,     )
12                                 )
              Plaintiff,           )
13                                 )
        v.                         )
14                                 )
     TANNER PHARMA UK LIMITED,     )
15   RAYMOND FAIRBANKS BOURNE;     )
     MARY EVERETT WHITEHOUSE       )
16   BOURNE,                       )
                                   )
17            Defendants.          )
     _____ )
18

19

20

21          ROUGH DRAFT Deposition of LAIRD CAGAN,

22   VOLUME        , taken on behalf of Defendants, at

23   777 South Figeroa Street, 44th Floor, Los Angeles,

24   California, commencing at TIME        on Wednesday,

25   December 18, 2024, before Katherine Jones, CSR 10097.
```

```
 1   APPEARANCES OF COUNSEL:

 2

 3        For PLAINTIFF:

 4             ARNOLD & PORTER KAYE SCHOLER LLP
               BY: KENT A. YALOWITZ, ESQ.
 5             250 West 55th  Street
               New York, New York 10019
 6             ALJD
               kent.yalowitz@arnoldporter.com
 7

 8

 9        For DEFENDANTS:

10             MC GUIRE WOODS LLP
               BY: MARK E. ANDERSON, ESQ.
11                 BRIAN A. KAHN, ESQ.
               501 Fayetteville Street
12             Suite 500
               Raleigh, North Carolina 27601
13             919 755-6600
               manderson@mcguirewoods.com
14

15        Also Present:

16             LEX M. ERWIN, ESQ.

17             DAVID JELSMA, ESQ.

18             ANITA FOSS, ESQ.

19             EMMY PERRY, ESQ.

20             FRANK MYERS, Videographer

21

22

23

24

25
```

1  Q        What was the process for obtaining an FDA

2  license?

3  A        I don't remember.  I filled out some

4  forms.  I believe I did that early and got an FDA

5  number.

6  Q        Where would the records of any FDA license

7  exist?

8  A        I would have those records.

9  Q        Where?

10 A        All of my records are stored on my

11 computer.  There may be some paper but virtually

12 everything is in the computer and I would guess

13 everything paper is on the computer (checkx).

14 Q        How -- are the FS Medical records which I

15 maintain on your computer saved to a particular

16 folder or location on the computer?

17 A        They may -- I believe they're all under a

18 folder -- a single perform a master folder for

19 (checkx) tangential that happens separately maybe

20 somewhere else but I dolt it.  Whoever's talk money

21 the background, please mute S.

22        MR. ANDERSON:  (checkx).

23        THE WITNESS:  Please mullet whoever's

24 talking.

25        MR. YALOWITZ:  Can you check, Frank, and

1    see who's --

2              THE WITNESS:  It looks like he will say

3    owe, are you talking?  Please mute.  There he goes.

4    Okay.

5    BY MR. ANDERSON:

6    Q         When you a your FS Medical records are

7    saved on your computer, what computer?

8    A         I have -- I have a Macintosh computer.

9    Q         Almost all the files on hard drive of your

10   Macintosh computer?

11   A         Yes.

12   Q         What's the name of the folder in which the

13   FS Medical records are obtained?

14   A         I believe it's FSMS.

15   Q         What was the process for obtaining the Sam

16   license?

17   A         I don't remember at this time.  It was a

18   U.S. Government license.

19   Q         Who --

20   A         It was involved with -- I forgot of the

21   totality of what's involved but it was -- gave

22   access to Government contracts an other things and

23   other benefits.  It's a Federal -- U.S. Federal.

24   Q         Who was involved in obtaining in license?

25   A         I believe I did that.

1   Q       What was the process to get it done?

2   A       It's an online process.

3   Q       Are there any F, A medical records D FS

4   Medical business records maintained in any location

5   other than on the -- or in the folder on your

6   macintosh computer to be computer.

7   Q       Well, Jim certainly has things on his

8   computer he may have things that I don't have and of

9   course we have records -- things that come up to our

10  phone by virtue of text messages and attachments but

11  those would have largely, if not completely -- well,

12  we may have received something that's on our phone

13  that I didn't open or copy to my computer.

14  Q       Did FS Medical use a Google base platform

15  for else (checkx)?

16  A       We had a website that we had oursourceed

17  to somebody to create.  Will hooks was involved in

18  helping me fault together introduce me to a website

19  designer who did that will work.  And then later on,

20  I think, around probably October of 2020, charms

21  roach took over that responsibility and I believe he

22  may have moved it over to Google.  It was being --

23  it was initially a Wix website this is not mill

24  strength, I oursource that type of work.  And I'm

25  not I think, Wix has its open system and I'm not

1    sure who backs up that, it might be Yahoo!, but

2    charred wanted to move to to Google for some reason,

3    I don't know why, but he did that.

4    Q        Did FS Medical use a Google base platform

5    for its business documentation?

6    A        No, other than just the website and we had

7    email addresses that started on Wix and charms moved

8    it over and he did what he did.  I'm not sure what

9    he did exactly.  My understanding is that it was a

10   Google -- he moved it to Google.

11   Q        Did FS Medical create user accounts with

12   the at FSMedicalSupplies.com email doing to conduct

13   its business (checkx)?

14   A        We did have email address at

15   FSMedicalSupplies.com owe mail address dollars an

16   there were people that used that.

17   Q        How were those email addressed created?

18   A        They were created on Wix account an they

19   were given to our sales team, people that were

20   commissioned salespeople and they could use that as

21   they like.

22   Q        What was the process for creating the Wix

23   account?

24   A        The person that we hired to do the Wix

25   account created those.

1   Q        Who did you hire?

2   A        I don't remember the name, it was a woman

3   back in or around April of 202 and we used her, shy

4   recrated it, I'm not sure we used her again to do

5   anything.  Maybe I called her once..

6   Q        Are the records relating to the creation

7   of the account maintained on your computer?

8   A        Not necessarily because she created the

9   account.  So we used it, she created the emails and

10  if I needed a change which we didn't do much changes

11  then, she would handle it I just let her know, hey,

12  make this change."  And I didn't may a pot of the

13  attention to how that was done or what was done or

14  just I could look up online and see it was online.

15  Q        Where are the documents describing the

16  services that you purchased in that regard

17  maintained?

18  A        You know, all of that is an online system

19  and I would guess that I had the cost on my credit

20  card, either any personal or -- probably my personal

21  card at that time just for ease quick access

22  (checkx).  And other wise it was a website it was

23  the Wix -- it was our website, it was just on Wix.

24  Q        Did anyone assist Mr. Roach (Mark) in

25  transferring the (checkx) to the book the platform?

1    A        I had to get the password soar that we

2    could transfer it and when Mr. Roach said he wanted

3    to help on the website and thought he codo good

4    things with it so I said okay.  So we got the pass

5    board kick check gave it to him and from Wix I think

6    to Google and then it was involved in adding

7    pictures an making changes and doing some website

8    stub.

9    Q        What steps were taken by Mr. Roach so set

10   up the going the user licenses for the FSMS

11   accounts?

12   A        The emails.

13   Q        The user licenses?

14   A        Well, if what you mean is an admin and who

15   had access, he would have done that and I don't

16   remember exactly what was done.  As I said, it's not

17   my expertise or focus I didn't pay a lot of

18   attention to the website an really go on the website

19   to do things I just asked him to make some changes,

20   he recommended things he made changes I looked at it

21   online and that's the exhibit of the what I did on

22   the website for the most part.

23   Q        In order to be prepared as the

24   representative of FS Medical to speak to that topic

25   today, what did you do to obtain information as to

1    the accepted that Mr. Roach took to set up the going

2    the user licenses for the FSMS accounts?

3    A        I don't know what accepted steps he took,

4    that's what he took.  I wouldn't have records on

5    that, he was involved in the -- with the Direct

6    interaction on the website.

7    Q        In preparing to serve as FS Medical's

8    designee on these issues, did you conduct any

9    investigation to determine what stepped were taken?

10   A        No.

11   Q        In order to serve as the designee as to

12   this topic today did you undertake any investigation

13   to determine the administrative settings applied

14   when the FSMS account user licenses were created?

15   A        No --

16            MR. YALOWITZ:  Objection.  Form.

17            THE WITNESS:  And I don't believe I have

18   any records of that as we mentioned Mr. Roach

19   handled that, that was all done online so there

20   wouldn't be records that I would have access to.

21   BY MR. ANDERSON:

22   Q        In approximately March of 2021, did you

23   contact charms roach regarding access (checkx) user

24   licenses for FSMS email accounts to yourself?

25   A        I believe there was some email

1    communication back and forth with Mr. Roach and I to

2    do that.

3    Q        Did you provide you the information needed

4    to complete that administrative transfer?

5    A        I don't remember because after that point

6    in time we didn't -- we didn't trial really use the

7    website and as I mentioned before I didn't have real

8    strong focus on that or interest or background in

9    that and Charles was very interested not website and

10   we weren't very interested.  We worked with him for

11   a while and we transferred it back I think I had

12   administrative rights at that time, but we had some

13   communications about moving things and in the last

14   communications I asked him something, some questions

15   and was waiting for his response and he never

16   responded so I think no action was taken after that.

17   Q        At some point after March of 2021, did you

18   also contact Mr. Roach in an attempt to the obtain

19   axites e- sets to the FSMS going 8 platform

20   (checkx)?

21   A        I don't have a recollection of that.

22   Q        In order to be prepared adequately to

23   speak on FSMS behalf as the Rule 30(b)(6) desing

24   matron this topic, what did you do to educate

25   yourself with regard to FSMS Google platform?

1        MR. YALOWITZ:  Objection to form.

2        THE WITNESS:  So at some point along the

3   way, we lost access to the website, and so I think

4   it was -- one of the last things I asked charred was

5   about transferring payment and when he never

6   addressed that, I think that -- I think it was on

7   his credit card I think he actually canceled studies

8   credit card and I was never a her letter today put

9   that back on and we never really used to web and I

10  think it just got canceled so I think there's

11  (checkx) ac selling to the website, at some point it

12  just cancels.

13       Q    (By Mr. Anderson) Whether and in what

14  manner has FSMS or anyone on its behalf contacted

15  Google to obtain copies of the date at that had been

16  hosted on FSMS as Google platform?

17       MR. YALOWITZ:  Hold on.  Why is it that

18  asking about work pro duct (why isn't that (checkx).

19       MR. ANDERSON:  Yen that it is.

20       MR. YALOWITZ:  All right, I'm gonna

21  instruct not to answer on the basis of work product

22  (no answer).

23  BY MR. ANDERSON:

24  Q        Did FSMS ever contact Google to on

25  continue copies of the data -- of the FSMS date at

1    that had been stored on M SMS Google platform?

2            MR. YALOWITZ:  I think you just asked that

3    question and I instructed him not to answer.

4            MR. ANDERSON:  I'm asking -- be clear on

5    what your canning asking him did they directly do

6    that (checkx) any work product in the question as

7    phrased.

8            MR. YALOWITZ:  Okay, I didn't understand

9    the question.  On the basis of -- can you just ask a

10   narrower question?  I think you were trying to ask a

11   narrower question but it's not clear.

12   BY MR. ANDERSON:

13   Q       Did FSMS ever contact Google directly to

14   obtain copies of the FSMS data that had been hosted

15   on Google platform?

16           MR. YALOWITZ:  Did you -- did you, Laired,

17   ever contact Google.

18   BY MR. ANDERSON:

19   Q       Did FS Medical, the the designee for FS

20   Medical?

21   A       (checkx) there are people that do things

22   that I don't know about.  But I was largely in

23   charge of the website.  There would have been

24   (checkx) it would have been other than will

25   initially and he's no longer involved and then

1   charms and then -R calls water involved then it

2   would have been me (Mark) I did not contact Google I

3   did recognize at some point I don't know when that

4   it wasn't working and I tried to go online to find

5   out and I got frust rafted an just didn't do

6   anything.  I wouldn't know who to contact or what to

7   do we didn't really need the website and so it just

8   -- that was it.  And I didn't want to deal with

9   doing that again.

10  Q        So let me make sure -- ask it a different

11  way.  Today you're here specifically as eye Rule

12  30(b)(6) designee, you understand that; correct?

13  A        Yes.

14  Q        And have you been made aware that it's why

15  the obligation not to just testify what you know

16  personally (checkx) but but SR-Z done a sufficient

17  investigation to speak to the information available

18  to FSMS as an organization?

19  A        Are you ask if I understand that.

20  A        Yes, sir.

21  A        Yes, I do.

22  Q        What did you do to determine if anyone at

23  FS M A hads contacted Google directly to obtain

24  copies of the FSMS data that had been stored on the

25  Google platform?

1    A         So it is my strong belief that Jim Mao

2    would not vat contacted Google with regard to the

3    website and Charles was no longer involved, will was

4    no longer involved so I was the only person involved

5    in the website and I wasn't really interested so I

6    wasn't really doing anything.  At some point as I

7    testified a minute ago, I found out that the website

8    was not active.  I tried to see what I could do

9    myself.  I was not successful.  Dill not contact

10   Google and it would be my strong opinion that there

11   was nobody else that would have done that unless

12   somehow my lawyers tried to do it, but I don't know

13   if they would have even done that.  But as far as I

14   know there was no access ability.

15   Q         Did you -- did FSMS determine that had had

16   dost will access to its Google platform at some

17   point after it had instructed its lawyers to issue a

18   demand letter to Tanner?

19              MR. YALOWITZ:  I'm gonna object to the

20   form of the question.  I don't know what you mean by

21   Google platform."

22              MR. ANDERSON:  That's fine.

23              THE WITNESS:  Are you referring to the

24   website sites being on the Google system -- the

25   Google website system is that what you're referring

1    to for our website.

2    BY MR. ANDERSON:

3    Q        I'm referring to the Google platform, but

4    if you -- if your reference is just to the website,

5    I'll ask you that.  When did you first determine

6    that you had lost access to your website?

7    A        Okay, I don't remember.

8    Q        When did you first determine that FS

9    Medical had lost access to the emails on the

10   FSMedicalSupplies.com account?

11            MR. YALOWITZ:  Object to form.

12            THE WITNESS:  I don't know when we --

13   again, the same reason, I don't know.  But I would

14   tell you that I used and had a Laired at FS

15   medicals.com email address (checkx) that I used.

16   All of those emails are stored on my computer an

17   anybody that responded to that came back to me and

18   anything that was sent to me is stored on my

19   computer because that stores all emails because

20   those emails were forwarded to me, they go on my

21   computer, and Jim did to the use FS Medical

22   Supplies' email account.  And so what I can say is

23   that any email information that was relevant to this

24   case an Tanner, would only have been done through me

25   and Jim because none of the other people were

1    involved in this case and they would have had no

2    reason to have information to anyone (checkx) regard

3    tag case regard tag email address.  So to the extent

4    there was information lost on the

5    FSMedicalSupplies.com emails, those would have been

6    commissioned salespeople working on other deals and

7    it would have been information on other deals and

8    nobody -- none of those people were involved in any

9    way with the Tanner or (checkx) this project.

10   BY MR. ANDERSON:

11   Q        Some of those people received

12   communications from you, arched/or Jim Mao recording

13   on information regarding Tanner and the UK

14   transactions.  True?

15   A        I believe there was one email in that will

16   regard that I can remember 6789 I don't know if Jim

17   did that.  I does -- I know I did one email.

18   Q        Some of these people communicated amongst

19   themselves relating to information regarding the

20   Tanner UK transaction; correct?

21   A        I don't know.

22            MR. YALOWITZ:  Object to form.

23            THE WITNESS:  There's also --

24            MR. YALOWITZ:  Object to form because he

25   said he had one email that's not some of those

1    people.  Object to form.

2              THE WITNESS:  Well one email to several

3    people.

4    BY MR. ANDERSON:

5    Q       From you?

6    A       From me.

7    Q       My question is those people emails between

8    themselves; correct?

9    A       And necessity wouldn't vat had an FS

10   Medical flies email access at that time (checkx).

11   Q       Which employees -- or which -- (checkx)

12   employees -- which contractors had FS medical

13   supplies.com email addresses created?

14   A       I don't have that liftoff hand but I think

15   that you have that licht because we listed those

16   people.

17   Q       Which group email address dollars were

18   created using the FSMedicalSupplies.com email

19   (checkx)?

20   A       Which group email?  What do you mean by

21   group email.

22   Q       Group email al dress?

23   A       We don't have group email addresses.

24   Q       Isn't it true while FS M A Google platform

25   was maintained, it stored emails sent to and from

1    those FS Medical supplies.com email domains?

2    A          Aiming *T the beginning of that you said

3    where was that stored, I missed the beginning

4    (checkx).

5    Q          The going the platform?

6    A          Ongoing the platform, yes, I assume that

7    goggle adds part of being a website would have trapt

8    you'd those emails I'll addresses an had the

9    information on those emails.

10   Q          What steps did FS Medical take to preserve

11   the emails maintained on the Google platform that

12   were sent to and from the FSMedicalSupplies.com

13   email domains?

14              MR. YALOWITZ:  Objection.  Instruct not

15   you not to answer, work product.

16              (no answer).

17   BY MR. ANDERSON:

18   Q          When was the last payment made to Google

19   to host the FSMS Google platform?

20   A          I don't know that number and as I

21   mentioned, I think it's on my personal credit card.

22   Q          And in preparing to respond to the

23   30(b)(6) topics for today, what steps did you take

24   to investigate the date on which the access to the

25   Google platform was lost?

1          MR. YALOWITZ:  Objection.  Form.

2          THE WITNESS:  I didn't contemplate that

3    question and did not investigate it.

4    BY MR. ANDERSON:

5    Q          Did you not go look to your personal

6    charge doored determine for example whether you

7    stopped paying to host -- foregoing will to host of

8    the M S medical supplies.com data before or after

9    March of 2021?

10   A          I did not go to check it.

11   Q          As the designee for FS Medical to speak on

12   the topics within the 30(b)(6) notice, can you

13   identify the date when FSMS lost access to the

14   Google platform?

15   A          (checkx).

16   Q          As the representative for FSMS on this

17   topic, can you identify what, if any of the FSMS

18   data can be accessed from the Google platform?

19   A          I'm sorry the beginning of the question

20   was do we know if it can be accessioned or if check

21   you have to say that again.

22   Q          What have you done as designee to

23   determine whether it can be accessed?

24   A          As I said, at some point we determined

25   that the website access was not available and I

1    don't know the date of that, but there's not -- I'm

2    not aware of anything I can do to get that the data

3    back, other than the emails that I sent or received

4    or saved on my computer.

5    Q       Did FSMS take any steps at any time to

6    preserve any email data from its Google platform for

7    this litigation?

8            MR. YALOWITZ:  Objection.  Instruction not

9    to answer.  Work product.

10   BY MR. ANDERSON:

11   Q       Did FSMS collect any email data from its

12   going the platform for this litigation into

13   objection.  Instruction not to answer.  Work

14   product?

15   BY MR. ANDERSON:

16   Q       Did FSMS have a LinkedIn page?

17   A       No.

18   Q       Did FSMS have a Dropbox account?

19   A       No.

20   Q       How many 1099 contractors did FS Medical

21   have?

22   A       I don't remember exactly but I'm gonna say

23   around 15.

24   Q       Did you maintain records -- did FS Medical

25   maintain records of its 1099 contract?