IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00501-RJC-WCM

| | | |
|---|---|---|
| FS MEDICAL SUPPLIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| TANNERGAP, INC. and | ) | |
| TANNER PHARMA UK LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 286) filed by Allison J. Becker. The Motion indicates that Ms. Becker, a member in good standing of the Bar of this Court, is local counsel for non-parties Zhejiang Orient Gene Biotech Co., Ltd. and Healgen Scientific Limited Liability Company and that she seeks the admission of Peter G. Siachos, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 286) and **ADMITS** Peter G. Siachos to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 13, 2025

W. Carleton Metcalf
United States Magistrate Judge