UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>    Plaintiff,<br>v.<br><br>TANNERGAP, INC. *et al.*,<br><br>    Defendants. | Civil Action No.<br>3:21-CV-501-UJ1-WCM<br>3:23-CV-598-UJ1-WCM |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF
## MOTION TO FILE EXHIBIT UNDER SEAL

PLEASE TAKE NOTICE that Plaintiff FS Medical Supplies, LLC ("Plaintiff") hereby withdraws its Motion to File Exhibit Under Seal filed in this action on December 20, 2024 (ECF 264, the "Motion"), without prejudice. No party has designated the deposition testimony that was the subject of the Motion as "confidential," and the times for doing so under the Stipulated Protective Orders entered in this case (ECF 25) and *Tanner II* (ECF 71) have now expired.

Plaintiff hereby requests that the Clerk's Office unseal the document (ECF 263) that was filed under seal in connection with the Motion.

This the 18th day of March, 2025.

| | |
|---|---|
| /s/ Kent A. Yalowitz | /s/ Lex M. Erwin |
| Kent A. Yalowitz (admitted *pro hac vice*) | Lex M. Erwin |
| N.Y. State Bar No. 2188944 | N.C. State Bar No. 34619 |
| Carmela T. Romeo (admitted *pro hac vice*) | David A. Luzum |
| N.Y. State Bar No. 5058151 | N.C. State Bar No. 41398 |
| **ARNOLD & PORTER** | Kevin Y. Zhao |
|   **KAYE SCHOLER LLP** | N.C. State Bar No. 53680 |
| 250 W 55th Street | **MAYNARD NEXSEN PC** |
| New York, NY 10019 | 227 W. Trade Street, Suite 2300 |
| Telephone: 212-836-8000 | Charlotte, NC 28202 |
| kent.yalowitz@arnoldporter.com | Telephone: 704-339-0304 |
| carmela.romeo@arnoldporter.com | Facsimile: 704-338-5377 |
| | lerwin@maynardnexsen.com |
|   – and – | dluzum@maynardnexsen.com |
| | kzhao@maynardnexsen.com |
| Eliseo R. Puig (admitted *pro hac vice*) | |
| Colorado State Bar No. 49022 | *Counsel for Plaintiff* |
| **ARNOLD & PORTER** | |
|   **KAYE SCHOLER LLP** | |
| 1144 Fifteenth Street, Suite 3100 | |
| Denver, CO 80202 | |
| Telephone: 303-863-1000 | |
| eliseo.puig@arnoldporter.com | |