UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC,<br><br>    Plaintiff,<br>v.<br><br>TANNERGAP, INC. *et al.*,<br><br>    Defendants. | Civil Action Nos.<br>3:21-CV-00501-UJ1-WCM<br>3:23-CV-00598-UJ1-WCM<br>3:25-CV-00102-UJ1-WCM |

**MOTION FOR ASSIGNMENT OF DISTRICT JUDGE,
HEARING ON MOTIONS, AND
<u>SETTING OF RULE 16 STATUS CONFERENCE</u>**

Plaintiff FS Medical Supplies, LLC ("FSMS") respectfully requests the assignment of a district judge, a hearing on pending motions, and the setting of a status conference under Rule 16.

This is a serious case, involving high stakes. FSMS's actual damages for breach of contract, plus interest and attorneys' fees, exceed $600 million. This case has been pending in this Court for almost four years. Discovery has been substantially completed, but there is no trial date set, and the case has been without a District Judge since Judge Conrad retired in February 2025.

Since February 2025, when jurisdictional questions arose, the case has been on hold. The jurisdictional motions are fully briefed. They present a pure *forum* issue: If the Court decides it has jurisdiction—as it should—the case will soon be trial ready. If the Court lacks jurisdiction, FSMS will simply refile its case in Mecklenburg County. But until there is a dispositive ruling on the subject-matter jurisdiction motions, the case cannot move forward in *any* forum—and a dispositive ruling will require a decision by a District Judge.

FSMS recognizes that this District is short-staffed. The Chief Judge has options for assigning a judge to this case or seeking assistance from a judge outside the district. *See* 28 U.S.C. §§

137(a), 291, 292, 295. FSMS respectfully requests assistance in that regard.

## CONFERRAL

FSMS conferred with counsel for Defendants in advance of filing this motion. Defendants stated that they were unprepared to take a position without reviewing the motion first.

## CONCLUSION

FSMS respectfully requests the assignment of a District Judge, a hearing on the pending motions, and a status conference to get this case back on track for resolution on the merits.

This the 17th day of July, 2025.

| | |
|---|---|
| /s/ Kent A. Yalowitz | /s/ Lex M. Erwin |
| Kent A. Yalowitz (admitted *pro hac vice*) | Lex M. Erwin |
| N.Y. State Bar No. 2188944 | N.C. State Bar No. 34619 |
| Carmela T. Romeo (admitted *pro hac vice*) | David A. Luzum |
| N.Y. State Bar No. 5058151 | N.C. State Bar No. 41398 |
| **ARNOLD & PORTER** | Kevin Y. Zhao |
|   **KAYE SCHOLER LLP** | N.C. State Bar No. 53680 |
| 250 W 55th Street | **MAYNARD NEXSEN PC** |
| New York, NY 10019 | 227 W. Trade Street, Suite 2300 |
| 212-836-8000 | Charlotte, NC 28202 |
| kent.yalowitz@arnoldporter.com | Telephone: (704) 339-0304 |
| carmela.romeo@arnoldporter.com | Facsimile: (704) 338-5377 |
| | lerwin@maynardnexsen.com |
| – and – | dluzum@maynardnexsen.com |
| | kzhao@maynardnexsen.com |
| Eliseo R. Puig (admitted *pro hac vice*) | |
| Colorado State Bar No. 49022 | *Counsel for Plaintiff FS Medical Supplies, LLC* |
| **ARNOLD & PORTER** | |
|   **KAYE SCHOLER LLP** | |
| 1144 Fifteenth Street, Suite 3100 | |
| Denver, CO 80202 | |
| 303-863-1000 | |
| eliseo.puig@arnoldporter.com | |