# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| FS Medical Supplies, LLC**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff, | **)** | 3:21-cv-00501-MR-WCM |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| TannerGAP, Inc., et al.**,** | **)** | |
| Defendants. | **)** | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2025 Order.

October 1, 2025

_____
Katherine Hord Simon, Clerk
United States District Court