IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FS MEDICAL SUPPLIES, LLC, <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>TANNERGAP, INC, *et al.*, <br><br>　　　　　　Defendants. | Case No. 3:21-cv-00501-MR-WCM |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(c)(1) and 4(a), notice is hereby given that Plaintiff FS Medical Supplies, LLC appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Decision and Order dated October 1, 2025 (Dkt. 316); from the Judgment entered therefrom (Dkt. 317); and from all earlier, merged judgments and orders.

Respectfully submitted this, the 3rd day of October, 2025.

**MAYNARD NEXSEN PC**
By:/s/ *Lex M. Erwin*
Lex M. Erwin
North Carolina State Bar No. 34619
David A. Luzum
North Carolina State Bar No. 41398
Kevin Y. Zhao
North Carolina State Bar No. 53680
227 W. Trade Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 339-0304
Fax: (704) 338-5377
lerwin@maynardnexsen.com
dluzum@maynardnexsen.com
kzhao@maynardnexsen.com

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
By:/s/ *Kent A. Yalowitz*
Kent A. Yalowitz (admitted *pro hac vice*)
New York State Bar No. 2188944
Carmela T. Romeo (admitted *pro hac vice*)
New York State Bar No. 5058151
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
kent.yalowitz@arnoldporter.com
carmela.romeo@arnoldporter.com

*-and-*

Eliseo R. Puig (admitted *pro hac vice*)
Colorado State Bar No. 49022
1144 Fifteenth Street, Suite 3100
Denver, CO 80202
Telephone: (303) 863-1000
eliseo.puig@arnoldporter.com


*Attorneys for Plaintiff FS Medical Supplies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.

Dated: October 3, 2025

>*/s/ Lex M. Erwin*
>*Attorney for Plaintiff FS Medical Supplies, LLC*