FILED: October 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2199 (L)
(3:23-cv-00598-MR-WCM)

_____

FS MEDICAL SUPPLIES, LLC

    Plaintiff - Appellant

v.

TANNER PHARMA UK LIMITED; RAYMOND FAIRBANKS BOURNE, a/k/a Banks Bourne; MARY EVERETT WHITEHURST BOURNE, a/k/a Molly Bourne

    Defendants - Appellees

_____

No. 25-2200
(3:21-cv-00501-MR-WCM)

_____

FS MEDICAL SUPPLIES, LLC

    Plaintiff - Appellant

v.

TANNERGAP, INC.; TANNER PHARMA UK LIMITED; ZHEJIANG ORIENT GENE BIOTECH CO., LTD.; HEALGEN SCIENTIFIC LIMITED LIABILITY COMPANY

    Defendants - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate, the court grants the motion and consolidates Case No. 25-2199 and Case No. 25-2200. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk